**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

__Southern__ District of __Texas__
(State)

Case number (*If known*): _____  Chapter __7__

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy  04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | Microdermis Corporation |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names, and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 2 6 – 4 1 6 9 1 2 2 |

4. **Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| 5773 Woodway<br>Number   Street | 103 Carnegie Center<br>Number   Street |
| PM Box W | Suite 300<br>P.O. Box |
| Houston   TX   77057<br>City   State   ZIP Code | Princeton   NJ   08540-6235<br>City   State   ZIP Code |
| <br>County | **Location of principal assets, if different from principal place of business** |
| | 2810 Meridian Parkway<br>Number   Street |
| | Suite 120 |
| | Durham   NC   27713<br>City   State   ZIP Code |

5. **Debtor's website** (URL)   www.microdermis.com

6. **Type of debtor**
   ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: _____

Debtor   Microdermis Corporation   Case number *(if known)*_____
　　　　　　Name

| 7. | **Describe debtor's business** | A. *Check one:* |
|---|---|---|

❏ Health Care Business (as defined in 11 U.S.C. § 101(27A))
❏ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
❏ Railroad (as defined in 11 U.S.C. § 101(44))
❏ Stockbroker (as defined in 11 U.S.C. § 101(53A))
❏ Commodity Broker (as defined in 11 U.S.C. § 101(6))
❏ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☒ None of the above

B. *Check all that apply:*

❏ Tax-exempt entity (as described in 26 U.S.C. § 501)
❏ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
❏ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

5  4  1  7

| 8. | **Under which chapter of the Bankruptcy Code is the debtor filing?** | *Check one:* |
|---|---|---|

☒ Chapter 7
❏ Chapter 9
❏ Chapter 11. *Check all that apply*:

　❏ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

　❏ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

　❏ A plan is being filed with this petition.

　❏ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

　❏ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

　❏ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

❏ Chapter 12

| 9. | **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?** If more than 2 cases, attach a separate list. | ☒ No<br>❏ Yes.   District _____   When _____   Case number _____<br>　　　　　　　　　　　　　　　　　　　　　　　MM / DD / YYYY<br>　　　　　　District _____   When _____   Case number _____<br>　　　　　　　　　　　　　　　　　　　　　　　MM / DD / YYYY |
|---|---|---|
| 10. | **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?** List all cases. If more than 1, attach a separate list. | ☒ No<br>❏ Yes.   Debtor _____   Relationship _____<br>　　　　　　District _____   When _____<br>　　　　　　　　　　　　　　　　　　　　　　　　　　　　MM / DD / YYYY<br>　　　　　　Case number, if known _____ |

Official Form 201　　　　　　Voluntary Petition for Non-Individuals Filing for Bankruptcy　　　　　　page **2**

Debtor   __Microdermis Corporation_____   Case number (*if known*)_____
         Name

| 11. **Why is the case filed in *this district*?** | *Check all that apply:*<br>☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
|---|---|
| 12. **Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☒ No<br>☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br><br>**Why does the property need immediate attention?** (*Check all that apply.*)<br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>   What is the hazard? _____<br>☐ It needs to be physically secured or protected from the weather.<br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br>☐ Other _____<br><br>**Where is the property?** _____<br>                               Number      Street<br>_____<br>_____<br>City                                                                State      ZIP Code<br><br>**Is the property insured?**<br>☐ No<br>☐ Yes. Insurance agency _____<br>           Contact name _____<br>           Phone _____ |

### Statistical and administrative information

| 13. **Debtor's estimation of available funds** | *Check one:*<br>☐ Funds will be available for distribution to unsecured creditors.<br>☒ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |
|---|---|
| 14. **Estimated number of creditors** | ☐ 1-49         ☐ 1,000-5,000       ☐ 25,001-50,000<br>☐ 50-99        ☐ 5,001-10,000      ☐ 50,001-100,000<br>☒ 100-199      ☐ 10,001-25,000     ☐ More than 100,000<br>☐ 200-999 |
| 15. **Estimated assets** | ☒ $0-$50,000              ☐ $1,000,001-$10 million        ☐ $500,000,001-$1 billion<br>☐ $50,001-$100,000         ☐ $10,000,001-$50 million       ☐ $1,000,000,001-$10 billion<br>☐ $100,001-$500,000        ☐ $50,000,001-$100 million      ☐ $10,000,000,001-$50 billion<br>☐ $500,001-$1 million      ☐ $100,000,001-$500 million     ☐ More than $50 billion |

Official Form 201         Voluntary Petition for Non-Individuals Filing for Bankruptcy         page **3**

Debtor   Microdermis Corporation
        Name

Case number (if known) _____

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☒ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- ■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- ■ I have been authorized to file this petition on behalf of the debtor.
- ■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   09.14.2018
              MM / DD / YYYY

X _____        MAC SWEENEY
Signature of authorized representative of debtor      Printed name

Title   CEO

**18. Signature of attorney**

X _____   Date   9/14/18
Signature of attorney for debtor              MM / DD / YYYY

Charles M. Rubio
Printed name

Diamond McCarthy, LLP
Firm name

909 Fannin, 37th Floor
Number    Street

Houston                               TX        77010
City                                  State     ZIP Code

713-333-5100                          crubio@diamondmccarthy.com
Contact phone                         Email address

24083768                              Texas
Bar number                            State

# UNANIMOUS WRITTEN CONSENT
# OF THE DIRECTORS OF MICRODERMIS CORPORATION

## September 13, 2018

The undersigned, being all of the directors (the "Directors") of Microdermis Corporation, a Delaware corporation (the "Company"), hereby waive the holding of a meeting, and notice thereof, and consent to the adoption of the following resolutions by written consent pursuant to Section 2.10 of the Bylaws of Microdermis Corporation adopted October 1, 2010 (the "Bylaws"):

**WHEREAS**, the Directors have previously communicated among themselves and in consultation with the Company's officers and professionals for the purpose of determining whether exigent circumstances make it necessary or desirable for the Company to commence voluntary proceedings for relief under chapter 7 of title 11 of United States Code, 11 U.S.C. §§ 101, *et al.* (as amended, the "Bankruptcy Code") in the United States Bankruptcy Court for the Southern District of Texas, Houston Division (the "Bankruptcy Court");

**WHEREAS**, in light of such circumstances, the Directors have determined in their business judgement that, in light of such circumstances, that it is in the best interest of the Company to file a voluntary petition in the Bankruptcy Court pursuant to Chapter 7 of the Bankruptcy Code.

**NOW**, **THEREFORE**, **BE IT RESOLVED**, the Directors hereby approve the Company filing a voluntary petition under chapter 7 of the Bankruptcy Code and authorize and direct the chief executive officer and any other officer of the Company, or their duly elected or appointed successors in office (each an "Officer" and, collectively, the "Officers") (consistent with the rights and powers vested in them by the laws of the State of Delaware and by the Bylaws) to execute and deliver all documents necessary for the filing of a chapter 7 voluntary bankruptcy case on the Company's behalf in the Bankruptcy Court, so as to accomplish an orderly liquidation of the Company;

**FURTHER RESOLVED**, that all of the Officers be, and each of them hereby is, authorized and directed to appear in the Bankrutpcy Court and all bankruptcy proceedings on the Company's behalf, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on the Company's behalf, in connection with such bankruptcy case, including, without limitation, all petitions, affidavits, schedules, motions, pleadings, lists, statements of financial affairs and other documents that such Officer deems necessary, appropriate or desirable in connection with the proceedings under the Bankruptcy Code;

**FURTHER RESOLVED**, that the execution by any Officer of any document authorized by the foregoing resolutions, or any document executed in the accomplishment of any action or actions so authorized, shall become upon delivery the enforceable and binding act and obligation of the Company, without the necessity of the signature or attestation of any other Officer;

- 2 -

**FURTHER RESOLVED**, that in relation to the Company's commencement of a chapter 7 case under the Bankruptcy Code, the Officers are, and each of them hereby is, authorized and directed to ratify and continue the Company's engagement of Diamond McCarthy LLP ("Diamond McCarthy") as the Company's bankruptcy counsel and, in connection with the preparation for and commencement of such chapter 7 case, to engage Diamond McCarthy as bankruptcy counsel in such;

**FURTHER RESOLVED**, that all acts, transactions or agreements undertaken prior to the adoption of these resolutions by any of the Officers or representatives of the Company in its name and on its behalf, in connection with the foregoing matters, are ratified, confirmed and adopted by the Company;

**FURTHER RESOLVED**, that each of the Officers is hereby authorized and directed to certify any of the matters set forth in these resolutions;

**FURTHER RESOLVED**, that this written consent may be executed in counterparts, all such executed counterparts together shall constitute one instrument, and each executed counterpart shall be deemed an original copy of this written consent; and

**FURTHER RESOLVED**, that this written consent, as executed by any of the undersigned, may be transmitted by facsimile machine, portable document format or any other electronic means and shall be treated in all manners and respects as an original document and an original signature.

*[remainder of page intentionally left blank – signature page follows]*

- 3 -

**IN WITNESS WHEREOF,** the undersigned, being all of the Directors of the Company, have executed this written consent as of the date first set forth above.

_____
Mac Sweeney

_____
James A. Johnson

_____
Rafael Jaque-Fischer

_____


_____

**IN WITNESS WHEREOF**, the undersigned, being all of the Directors of the Company, have executed this written consent as of the date first set forth above.

_____
Mac Sweeney

_*James A Johnson*_ (signature)
_____
James A. Johnson

_____
Rafael Jaque-Fischer

_____


_____

- 3 -

IN WITNESS WHEREOF, the undersigned, being all of the Directors of the Company, have executed this written consent as of the date first set forth above.

_____
Mac Sweeney


_____
James A. Johnson

_____
Rafael Jaque-Fischer


_____


_____