UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **In re:** | § | |
| | § | |
| **MICRODERMIS CORPORATION** | § | **Case No.   18-35179** |
| | § | **Chapter 7** |
| **DEBTORS.** | § | |
| | § | |

**GLOBAL NOTES, METHODOLOGY, AND SPECIFIC DISCLOSURES REGARDING THE DEBTOR'S SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS**

These *Global Notes, Methodology, and Specific Disclosures Regarding the Debtor's Schedules of Assets and Liabilities and Statements of Financial Affairs* (the "*Global Notes*") pertain to, are incorporated by reference in, and comprise an integral part of the Debtor's Schedules and Statements. The Global Notes should be referred to, considered, and reviewed in conjunction with any review of the Schedules and Statements.

The Schedules and Statements do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles in the United States ("*GAAP*"), nor are they intended to be fully reconciled with the financial statements of the Debtor. Additionally, the Schedules and Statements contain unaudited information that is subject to further review, potential adjustment, and reflect the Debtor's commercially reasonable efforts to report the assets and liabilities of the Debtor on an unconsolidated basis.

The Debtor and its agents and attorneys do not guarantee or warrant the accuracy or completeness of the data that is provided herein and shall not be liable for any loss or injury arising out of or caused in whole or in part by the acts, errors, or omissions, whether negligent or otherwise, in procuring, compiling, collecting, interpreting, reporting, communicating or delivering the information contained herein. While commercially reasonable efforts have been made to provide accurate and complete information herein, inadvertent errors or omissions may exist. The Debtor and its agents and attorneys expressly do not undertake any obligation to update, modify, revise, or re-categorize the information provided herein, or to notify any third party should the information be updated, modified, revised, or re-categorized. In no event shall the Debtor or its agents and attorneys liable to any third party for any direct, indirect, incidental, consequential, or special damages (including, but not limited to, damages arising from the disallowance of a potential claim against the Debtor or damages to business reputation, lost business or lost profits), whether foreseeable or not and however caused, even if the Debtor or its agents and attorneys are advised of the possibility of such damages.

**Causes of Action**. Despite its commercially reasonable efforts to identify all known assets, the Debtor may not have listed all of its causes of action or potential causes of action against third-parties as assets in the Schedules and Statements, including, without limitation, causes of actions

1

arising under the provisions of chapter 5 of the Bankruptcy Code and any other relevant non-bankruptcy laws to recover assets or avoid transfers.  The Debtor reserves all of its rights with respect to any cause of action (including avoidance actions), controversy, right of setoff, cross claim, counterclaim, or recoupment and any claim on contracts or for breaches of duties imposed by law or in equity,   demand, right, action, lien, indemnity, guaranty, suit, obligation, liability, damage, judgment, account, defense, power, privilege, license, and franchise of any kind or character whatsoever, known, unknown, fixed or contingent, matured or unmatured, suspected or unsuspected, liquidated or unliquidated, disputed or undisputed, secured or unsecured, assertable directly or derivatively, whether arising before, on, or after the Petition Date, in contract or in tort, in law or in equity, or pursuant to any other theory of law (collectively, "**_Causes of Action_**") it may have, and neither these Global Notes nor the Schedules and Statements shall be deemed a waiver of any claims or Causes of Action or in any way prejudice or impair the assertion of such claims or Causes of Action.

**Summary of Significant Reporting Policies**. The following is a summary of significant reporting policies:

- Underdetermined Amounts. The description of an amount as "unknown," "TBD" or "undetermined" is not intended to reflect upon the materiality of such amount.

- Totals. All totals that are included in the Schedules and Statements represent totals of all known amounts. To the extent there are unknown or undetermined amounts, the actual total may be different than the listed total.

### Specific Disclosures with Respect to the Debtors' Schedules

**Schedules Summary**. Except as otherwise noted, the asset information provided in the Schedules represents the Debtor's data regarding its assets as of September 14, 2018 (the "**_Petition Date_**"), and the liability information provided herein represents the Debtor's data regarding its liabilities as of the close of business on the Petition Date.

**Schedule 207**
**Part 10**
**20.** Mac Sweeney, former CEO, has assumed personal responsibility of storage unit at Security Storage and Van Company, as of September 17, 2018.

**Part 13**
**26b.1** Deloitte 2014 - 2015 audit was started and 85% complete, no financial statements issued due to lack of payment.

**29.** Dr. Kenneth Kaylor was an interim Director from January 30, 2018 to July 25, 2018. Dr. Kaylor was not officially voted in by Shareholders.  Henry (Beau) Rogers III was an interim Director from January 30, 2018 to July 25, 2018. Mr. Rogers was not officially voted in by Shareholders.

**Schedule 206ab**
**Part 2**
**7.1** Regus Management Group -Virtual Office and mail forwarding service. Retainer amount $266.40

**Part 5**

**19.** Raw materials consists of materials needed to manufacture Provodine. The raw materials expired and cannot be used.

**21.** Finished Goods – Including 4 oz bottles and packets of Provodine which have expired. The Provodine has been disposed of since the Debtor could not pay warehouse fees.

**Part 8**

**50.** Warehouse systems / tooling dyes / old lab equipment specific to the Debtor's manufacturing plans and not usable to others.

**Part 10**

**64.** The Estate of Peter Lentini has control over research notes that were kept at the laboratory space in Pearl River, NY.

**Schedule 206ef**

All Unsecured Claims including, Account Payable, Actual Salaries/Wages, Notes/Loans, Notes/Loans Interest, and Legal Judgement calculations were completed as of January 19, 2018.

All Secured Claims including, bridge loans (secured) and related interest, A2 Note and related interest, line of credit with Dr. Hosler and related interest, and promissory note with Dr. Hosler and related interest calculations were completed as of September 14, 2018.

**Schedule 206g**

**2.2** Mac Sweeney, former CEO, has assumed personal responsibility of storage unit at Security Storage and Van Company, as of September 17, 2018.

**Fill in this information to identify the case:**

Debtor name  Microdermis Corporation

United States Bankruptcy Court for the:  Southern  District of  Texas
(State)

Case number (If known):  18-35179

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property   12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:   Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☒ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2. **Cash on hand**    $0

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. Green Bank | Checking | 0 2 5 9 | $ 28.89 |
| 3.2. | | | $ |

4. **Other cash equivalents** *(Identify all)*

| | |
|---|---|
| 4.1. | $ |
| 4.2. | $ |

5. **Total of Part 1**    $ 28.89

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

### Part 2:   Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.
   ☒ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

7. **Deposits, including security deposits and utility deposits**

| Description, including name of holder of deposit | |
|---|---|
| 7.1. Regus Managment Group | $ 266.40 |
| 7.2. | $ |

Debtor    Microdermis Corporation
          _____
          Name

Case number (*if known*)    18-35179
          _____

---

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

   Description, including name of holder of prepayment

   8.1. _____   $_____

   8.2. _____   $_____

9. **Total of Part 2.**

   Add lines 7 through 8. Copy the total to line 81.    $_____

---

| Part 3: | Accounts receivable |
|---|---|

10. **Does the debtor have any accounts receivable?**

   ☒ No. Go to Part 4.

   ☐ Yes. Fill in the information below.

   **Current value of debtor's interest**

11. **Accounts receivable**

   11a. 90 days old or less:   _____   –   _____   = ........➜   $_____
                              face amount            doubtful or uncollectible accounts

   11b. Over 90 days old:   _____   –   _____   = ........➜   $_____
                           face amount            doubtful or uncollectible accounts

12. **Total of Part 3**

   Current value on lines 11a + 11b = line 12. Copy the total to line 82.    $_____

---

| Part 4: | Investments |
|---|---|

13. **Does the debtor own any investments?**

   ☒ No. Go to Part 5.

   ☐ Yes. Fill in the information below.

   | | Valuation method used for current value | Current value of debtor's interest |
   |---|---|---|

14. **Mutual funds or publicly traded stocks not included in Part 1**

   Name of fund or stock:

   14.1. _____   _____   $_____

   14.2. _____   _____   $_____

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

   Name of entity:                          % of ownership:

   15.1. _____   _____%   _____   $_____

   15.2. _____   _____%   _____   $_____

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

   Describe:

   16.1. _____   _____   $_____

   16.2. _____   _____   $_____

17. **Total of Part 4**

   Add lines 14 through 16. Copy the total to line 83.    $_____

---

Debtor    Microdermis Corporation
          _____          Case number (if known) __18-35179___
          Name

---

| **Part 5:** | **Inventory, excluding agriculture assets** |

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☒ No. Go to Part 6.

☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19.** Raw materials<br>Held at Accupak, Inc. (Lakewood) | 6/2016<br>MM / DD / YYYY | $ 0.00 | current market value | $ 0.00 |
| **20.** Work in progress<br>_____ | _____<br>MM / DD / YYYY | $_____ | | |
| **21.** Finished goods, including goods held for resale<br>Held at Archway (Indiana) | 6/2016<br>MM / DD / YYYY | $ 0.00 | current market value | 0.00<br>$_____ |
| **22.** Other inventory or supplies<br>_____ | _____<br>MM / DD / YYYY | $_____ | _____ | $_____ |

**23. Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

$_____

**24. Is any of the property listed in Part 5 perishable?**

☐ No

☒ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☒ No

☐ Yes. Book value _____  Valuation method_____  Current value_____

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**

X  No

☐| Yes

---

| **Part 6:** | **Farming and fishing-related assets (other than titled motor vehicles and land)** |

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28.** Crops—either planted or harvested<br>_____ | $_____ | _____ | $_____ |
| **29.** Farm animals *Examples:* Livestock, poultry, farm-raised fish<br>_____ | $_____ | | $_____ |
| **30.** Farm machinery and equipment  (Other than titled motor vehicles)<br>_____ | $_____ | | $_____ |
| **31.** Farm and fishing supplies, chemicals, and feed<br>_____ | $_____ | | $_____ |
| **32.** Other farming and fishing-related property not already listed in Part 6<br>_____ | $_____ | | $_____ |

---

Debtor    Microdermis Corporation
Name

Case number (if known)___18-35179___

**33. Total of Part 6.**

Add lines 28 through 32. Copy the total to line 85.

$_____

**34. Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

☐ No

☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value $_____ Valuation method _____ Current value $_____

**36. Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☒ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. Office furniture** Various | $ 3,465.00 | Simple Est. | $ 0.00 |
| **40. Office fixtures** | $ | | $ |
| **41. Office equipment, including all computer equipment and communication systems equipment and software** VOIP phones and laptop | $ 2,241.00 | Simple Est. | $ 0.00 |
| **42. Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 | $ | | $ |
| 42.2 | $ | | $ |
| 42.3 | $ | | $ |
| **43. Total of Part 7.** Add lines 39 through 42. Copy the total to line 86. | | | $ 0.00 |

**44. Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No

☒ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☒ No

☐ Yes

Debtor   Microderms Corporation
_____
Name

Case number *(if known)*   18-35179
_____

---

| **Part 8:** | **Machinery, equipment, and vehicles** |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☒ Yes. Fill in the information below.

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1_____ | $_____ | _____ | $_____ |
| 47.2_____ | $_____ | _____ | $_____ |
| 47.3_____ | $_____ | _____ | $_____ |
| 47.4_____ | $_____ | _____ | $_____ |
| **48. Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1_____ | $_____ | _____ | $_____ |
| 48.2_____ | $_____ | _____ | $_____ |
| **49. Aircraft and accessories** | | | |
| 49.1_____ | $_____ | _____ | $_____ |
| 49.2_____ | $_____ | _____ | $_____ |
| **50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| Warehouse systems / tooling dyes / old lab equipment | $ 26,985 | Simple Est. | $ 0.00 |

51. **Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.

$_____

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No

☒ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☒ No

☐ Yes

---

| Debtor | Microdermis Corporation | Case number (if known) | 18-35179 |
|---|---|---|---|
| | Name | | |

---

**Part 9:** **Real property**

54. **Does the debtor own or lease any real property?**
☒ No. Go to Part 10.
☐ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 _____ | _____ | $_____ | _____ | $_____ |
| 55.2 _____ | _____ | $_____ | _____ | $_____ |
| 55.3 _____ | _____ | $_____ | _____ | $_____ |
| 55.4 _____ | _____ | $_____ | _____ | $_____ |
| 55.5 _____ | _____ | $_____ | _____ | $_____ |
| 55.6 _____ | _____ | $_____ | _____ | $_____ |

56. **Total of Part 9.**
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$_____

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
☐ No
☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☐ No
☐ Yes

---

**Part 10:** **Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**
☐ No. Go to Part 11.
☒ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets**<br><u>See attachment Microdermis Corporation Patents</u> | $ <u>659,865.00</u> | Market value | $ unknown |
| 61. **Internet domain names and websites**<br>_____ | $_____ | _____ | $_____ |
| 62. **Licenses, franchises, and royalties**<br>_____ | $_____ | _____ | $_____ |
| 63. **Customer lists, mailing lists, or other compilations**<br>_____ | $_____ | _____ | $_____ |
| 64. **Other intangibles, or intellectual property**<br><u>Estate of Peter Lentini</u> | $_____ | _____ | $ <u>unknown</u> |
| 65. **Goodwill**<br>_____ | $_____ | _____ | $_____ |

66. **Total of Part 10.**
Add lines 60 through 65. Copy the total to line 89.

$ unknown

---

Debtor  Microdermis Corporation
Name

Case number (*if known*)  18-35179

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**
- ☒ No
- ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
- ☐ No
- ☒ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
- ☒ No
- ☐ Yes

## Part 11: All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.
- ☒ No. Go to Part 12.
- ☐ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

71. **Notes receivable**

Description (include name of obligor)

_____  _____ − _____ = ➜  $_____
Total face amount     doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

| | | |
|---|---|---|
| _____ | Tax year _____ | $_____ |
| _____ | Tax year _____ | $_____ |
| _____ | Tax year _____ | $_____ |

73. **Interests in insurance policies or annuities**

_____  $_____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

_____  $_____

Nature of claim  _____

Amount requested  $_____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

_____  $_____

Nature of claim  _____

Amount requested  $_____

76. **Trusts, equitable or future interests in property**

_____  $_____

77. **Other property of any kind not already listed**  *Examples:* Season tickets, country club membership

_____  $_____

_____  $_____

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.  $_____

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
- ☐ No
- ☐ Yes

Debtor    Microdermis Corporation
          Name

Case number (if known)   18-35179

---

| Part 12: | Summary |
|---|---|

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 28.89 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 266.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ 0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ 0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ 0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* ................................................ ➔ | | $ 0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ unknown | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $ 0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column. ............................. 91a. | $ 294.89 | **+** 91b. $ 0.00 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ..................................................... $ 294.89

---

## Microdermis Corporation Patents

| US Application Number | Filing Date (exp. base) | Title | Issue Date | Patent Number | Ex-US Application No. | Status |
|---|---|---|---|---|---|---|
| 12/630,630 | 2009-12-03 (2003-09-22) | TRANSDERMAL COMPOSITIONS | 2011-02-22 | 7,893,285 | | Granted |
| 12/630,690 | 2009-12-03 (2003-09-22) | TRANSDERMAL COMPOSITIONS | 2012-01-24 | 8,101,163 | | Granted |
| 12/758,948 | 2010-04-13 (2003-09-22) | TRANSDERMAL COMPOSITIONS | 2011-02-15 | 7,888,393 | | Granted |
| 13/249,915 | 2011-09-30 (2003-09-22) | TRANSDERMAL COMPOSITIONS | 2013-09-17 | 8,536,228 | | Granted |
| 13/867,379 | 2013-04-22 (2003-09-22) | TRANSDERMAL COMPOSITIONS | 2015-07-21 | 9,084,821 | | Granted |
| 13/916,882 | 2013-06-13 (2011-05-05) | POVIDONE-IODINE TOPICAL COMPOSITION | N/A | N/A | | Pending: Published 2014-04-03 as 2014/0093583 |
| | | | N/A | N/A | Brazil 11 2010 284517 | Pending |
| | | | 2016-07-6 | 53.135 | Chile | Granted |
| | | | 2016-07-13 | EP2566488 | EP (Europe) EP11778327.4 | Granted |
| | | | N/A | N/A | EP (Europe) 16179027.4 | Pending Published as EP3146972 on 5/29/17 |
| | | | N/A | N/A | Hong Kong 17109826.2 | Pending |

| US Application Number | Filing Date (exp. base) | Title | Issue Date | Patent Number | Ex-US Application No. | Status |
|---|---|---|---|---|---|---|
| 13/664,729 | 2012-10-31 (2012-10-31) | IMPROVED COMPOSITIONS | N/A | N/A | | Pending |
| | | | N/A | N/A | Argentina 2012 01 4081 | Pending |
| | | | N/A | N/A | Brazil 11 2014 010564 2 | Pending |
| | | | N/A | N/A | Chile 01112-2014 | Pending: Published 2014-08-20 |
| | | | N/A | N/A | Costa Rica 2014-0186 | Pending: Published 2014-08-28 |
| | | | N/A | N/A | Ecuador IEPI-2014-2959 | Pending |
| | | | N/A | N/A | Peru 614-2014 | Pending: Published 2014-11-20 |
| | | | | | | |
| 14/683276 | 2015-04-10 (2015-04-10) | CLOSTRIDIUM DIFFICLE SPORICIDAL COMPOSITIONS | 2017-04-25 | 9,629,875 | | Granted |
| | | | | | | |

**Fill in this information to identify the case:**

Debtor name __Microdermis Corporation__

United States Bankruptcy Court for the: __Southern__   District of __Texas__
(State)

Case number (If known): __18-35179__

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property   12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☐ Yes. Fill in all of the information below.

**Part 1:**   **List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|

**2.1**

**Creditor's name**
Biobrit LLC

**Describe debtor's property that is subject to a lien**
Intellectual property   $ _851,652_   $ _____

**Creditor's mailing address**
2223 Avenida de la Playa, Suite 108
La Jolla CA 92037

**Describe the lien**
_____

**Creditor's email address, if known**
dan@biobrit.com

**Is the creditor an insider or related party?**
☐ No
☒ Yes

**Date debt was incurred**   various

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Last 4 digits of account number**   ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.
_____
_____

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**2.2**

**Creditor's name**
Jeffrey Boyle

**Describe debtor's property that is subject to a lien**
Intellectual property   $ 18,635   $ _____

**Creditor's mailing address**
925 H Street NW, Apt 809
Washington, DC 20001

**Describe the lien**
_____

**Creditor's email address, if known**
jeffrey.r.boyle@us.pwc.com

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Date debt was incurred**   9/7/2016

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Last 4 digits of account number**   ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.
   _____
   _____
   ☐ Yes. The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**   $ _6,193,768_

Debtor    Microdermis Corporation _____    Case number (if known)   18-35179
          Name

| Part 1: | Additional Page | Column A | Column B |
|---------|-----------------|----------|----------|
| | | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.__** Creditor's name

Kimberley Burgess

**Creditor's mailing address**

P.O. Box 2455
Granbury, TX. 76048-7455

**Creditor's email address, if known**

k.kahana@ymail.com

**Date debt was incurred** 10/12/2016
**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.
   _____
   _____
   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Intellectual property

$ 61,540

**Describe the lien**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____

---

**2.__** Creditor's name

Mark H. Burgon

**Creditor's mailing address**

1583 Ridgeview Circle
Farmington, Utah 84025

**Creditor's email address, if known**

mhburgon@navpw.com

**Date debt was incurred** various
**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.
   _____
   _____
   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Intellectual property

$ 60,496

**Describe the lien**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____

---

Debtor    Microdermis Corporation
          Name                                                    Case number (if known)  18-35179

| Part 1: | Additional Page |
|---|---|

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2._** Creditor's name

PK Carlton III

**Creditor's mailing address**

10083 Pine Glade Dr
Colorado Springs, CO 80920

**Creditor's email address, if known**

pkcarlton@gmail.com

**Date debt was incurred**  various

**Last 4 digits of account number**  ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.
  _____
  _____
  _____
  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Intellectual property                              $ 223,712        $ _____
_____

**Describe the lien**
_____

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2._** Creditor's name

John C. Cheronis

**Creditor's mailing address**

24011 Pleasant Park Road
Conifer, CO 80433

**Creditor's email address, if known**

jcheronis@paradocsbiomedical.com

**Date debt was incurred**  1/15/2016

**Last 4 digits of account number**  ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.
  _____
  _____
  _____
  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Intellectual property                              $ 52,796        $ _____
_____

**Describe the lien**
_____

**Is the creditor an insider or related party?**
☐ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Debtor  **Microdermis Corporation**
Name

Case number *(if known)* 18-35179

| Part 1: | Additional Page | | Column A | Column B |
|---|---|---|---|---|
| | | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | | Do not deduct the value of collateral. | |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.__**  Creditor's name

Michael R. Clark

Creditor's mailing address

422 Bentley Manor
Shavano Park, TX, 78249

Creditor's email address, if known

m.clark@swbell.net

Date debt was incurred    various
Last 4 digits of account
number    ___ ___ ___ ___

Do multiple creditors have an interest in the same property?

☐ No
☐ Yes. Have you already specified the relative priority?

☐ No. Specify each creditor, including this creditor, and its relative priority.

_____
_____

☐ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien

Intellectual property                          $ 1,007,840    $ _____

_____

Describe the lien

_____

Is the creditor an insider or related party?

☒ No
☐ Yes

Is anyone else liable on this claim?

☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.__**  Creditor's name

Steven Crudup

Creditor's mailing address

432 West Fork Drive
Arlington, TX  76012

Creditor's email address, if known

scrudup@indian-rubber.com

Date debt was incurred    8/24/2016
Last 4 digits of account
number    ___ ___ ___ ___

Do multiple creditors have an interest in the same property?

☐ No
☐ Yes. Have you already specified the relative priority?

☐ No. Specify each creditor, including this creditor, and its relative priority.

_____
_____

☐ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien

Intellectual property                          $ 124,690    $ _____

_____

Describe the lien

_____

Is the creditor an insider or related party?

☒ No
☐ Yes

Is anyone else liable on this claim?

☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| Debtor | Microderms Corporation | Case number *(if known)* | 18-35179 |
|---|---|---|---|
| | Name | | |

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.__**

**Creditor's name**

Thomas E. Damuth

**Creditor's mailing address**

1665 Linden Place
Saginaw MI, 48638

**Creditor's email address, if known**

tedamuth@msn.com

**Date debt was incurred** 9/1/2016

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☐ No
☐ Yes. Have you already specified the relative priority?

　☐ No. Specify each creditor, including this creditor, and its relative priority.

　　_____
　　_____

　☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Intellectual property                              $ 62,214        $_____
_____

**Describe the lien**
_____

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.__**

**Creditor's name**

Kevin D. Hornburg

**Creditor's mailing address**

2167 Bent Creek Dr
Colorado Spring, CO 80921

**Creditor's email address, if known**

Kevinhornburg@mac.com

**Date debt was incurred** 9/9/2016

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☐ No
☐ Yes. Have you already specified the relative priority?

　☐ No. Specify each creditor, including this creditor, and its relative priority.

　　_____
　　_____

　☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Intellectual property                              $ 24,833        $_____
_____

**Describe the lien**
_____

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| Debtor | Microdermis Corporation | Case number *(if known)* 18-35179 |
|---|---|---|
| | Name | |

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|

**Column A** — Amount of claim
Do not deduct the value of collateral.

**Column B** — Value of collateral that supports this claim

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.__ Creditor's name**

James Hosler

**Creditor's mailing address**

5006 Deerwood Park Dr.
Arlington, TX 76017

**Creditor's email address, if known**

jim.hosler@gmail.com

**Date debt was incurred**  various

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.
   _____
   _____
   _____
   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Intellectual property
_____
_____

**Describe the lien**
_____

**Is the creditor an insider or related party?**
☐ No
☒ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 754,216          $ _____

---

**2.__ Creditor's name**

Dale A. Jurcisin

**Creditor's mailing address**

39733 Eagle Trace Dr.
Northville, MI 48168

**Creditor's email address, if known**

dajconsulting@hotmail.com

**Date debt was incurred**  8/31/2016

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.
   _____
   _____
   _____
   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Intellectual property
_____
_____

**Describe the lien**
_____

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 18,669          $ _____

---

Debtor _____
Microdermis Corporation
Name

Case number *(if known)* _____ 18-35179

---

## Part 1:  Additional Page

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.__**  **Creditor's name**

Kenneth & Karen L. Kaylor

**Creditor's mailing address**

4928 Panorama Ct
Bakersfield, CA 93306

**Creditor's email address, if known**

klkaylor@me.com

**Date debt was incurred**     various
**Last 4 digits of account number**     ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.
    _____
    _____
  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Intellectual property
_____     $  385,818     $ _____
_____

**Describe the lien**
_____

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.__**  **Creditor's name**

Peter J. Lentini

**Creditor's mailing address**

380 Carrollwood Dr.
Tarrytown, NY 10591

**Creditor's email address, if known**
_____

**Date debt was incurred**     various
**Last 4 digits of account number**     ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.
    _____
    _____
  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Intellectual property
_____     $  41,049     $ _____
_____

**Describe the lien**
_____

**Is the creditor an insider or related party?**
☐ No
☒ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| Debtor | Microdermis Corporation | Case number *(if known)* | 18-35179 |
|---|---|---|---|
| | Name | | |

---

**Part 1:**  **Additional Page**

| | Column A | Column B |
|---|---|---|
| | **Amount of claim** | **Value of collateral that supports this claim** |
| | Do not deduct the value of collateral. | |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2._** Creditor's name

Lester Martinez - Lopez

**Creditor's mailing address**

2307 Delamere Ct.
Valrico, FL 33596

**Creditor's email address, if known**

ll2martinez@yahoo.com

**Date debt was incurred** 2/15/2017

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☐ No
☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

     _____
     _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Intellectual property

$ 1,784       $_____

**Describe the lien**

_____

**Is the creditor an insider or related party?**
☐ No
☒ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2._** Creditor's name

Thomas M. McGinn

**Creditor's mailing address**

71 Willis Drive
Ewing, NJ 08628

**Creditor's email address, if known**

_____

**Date debt was incurred** 1/21/2016

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☐ No
☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

     _____
     _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Intellectual property

$ 32,948     $_____

**Describe the lien**

_____

**Is the creditor an insider or related party?**
☐ No
☒ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| Debtor | Microdermis Corporation | Case number *(if known)* | 18-35179 |
|---|---|---|---|
| | Name | | |

| Part 1: | Additional Page | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2._** Creditor's name

Donald Molnar

**Creditor's mailing address**

2063 Heritage Parkway
Navarre, FL 32566

**Creditor's email address, if known**

**Date debt was incurred** 1/21/2016
**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Have you already specified the relative priority?
    ☐ No. Specify each creditor, including this creditor, and its relative priority.
    _____
    _____
    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Intellectual property
_____
_____

**Describe the lien**
_____

**Is the creditor an insider or related party?**
☐ No
☒ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 13,179          $_____

**2._** Creditor's name

PK Concepts, LLC

**Creditor's mailing address**

4060 Sweetwater Dr
College Station, TX 77845

**Creditor's email address, if known**
pkcarltonjr@gmail.com

**Date debt was incurred** various
**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Have you already specified the relative priority?
    ☐ No. Specify each creditor, including this creditor, and its relative priority.
    _____
    _____
    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Intellectual property
_____
_____

**Describe the lien**
_____

**Is the creditor an insider or related party?**
☐ No
☒ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 54,053          $_____

Debtor  Microdermis Corporation _____   Case number (if known) 18-35179
_____Name_____

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** | **Value of collateral** |
| | | Do not deduct the value of collateral. | that supports this claim |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.__ Creditor's name**

David M Sweeney

**Describe debtor's property that is subject to a lien**

Intellectual property _____   $ 1,665,800   $_____

**Creditor's mailing address**

5773 Woodway, PM Box W
Houston, TX  77057

_____

**Describe the lien**

_____

**Creditor's email address, if known**

_____

**Is the creditor an insider or related party?**
☐ No
☒ Yes

**Date debt was incurred** various

**Last 4 digits of account number** __ __ __ __

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Have you already specified the relative priority?

☐ No. Specify each creditor, including this creditor, and its relative priority.

_____
_____

☐ Yes. The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.__ Creditor's name**

Peter Whinfrey

**Describe debtor's property that is subject to a lien**

Intellectual property _____   $ 272,000   $_____

**Creditor's mailing address**

200 Hawley Lane
Geneva, IL 60134

_____

**Describe the lien**

_____

**Creditor's email address, if known**

peterwhinfrey@gmail.com

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Date debt was incurred** 8/2015

**Last 4 digits of account number** __ __ __ __

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Have you already specified the relative priority?

☐ No. Specify each creditor, including this creditor, and its relative priority.

_____
_____

☐ Yes. The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Debtor    Microdermis Corporation
_____
          Name

Case number *(if known)*    18-35179

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** | **Value of collateral** |
| | | Do not deduct the value | that supports this |
| | | of collateral. | claim |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2._** Creditor's name

Henry Rogers III

Creditor's mailing address

360 Stonehaven Dr.

Fayetteville, GA 30215-2979

Creditor's email address, if known

riddler.rogers@gmail.com

Date debt was incurred    various

Last 4 digits of account number    ___ ___ ___ ___

Do multiple creditors have an interest in the same property?
☐ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.
   _____
   _____
   ☐ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien

Intellectual property

Describe the lien

Is the creditor an insider or related party?
☒ No
☐ Yes

Is anyone else liable on this claim?
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 197,964          $ _____

**2._** Creditor's name

Equity Trust Company Custodian FBO Michael S. Shore IRA

Creditor's mailing address

1309 Glenmeadow Lane

East Lansing, MI 48823

Creditor's email address, if known

shoreandco@yahoo.com

Date debt was incurred    9/8/2016

Last 4 digits of account number    ___ ___ ___ ___

Do multiple creditors have an interest in the same property?
☐ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.
   _____
   _____
   ☐ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien

Intellectual property

Describe the lien

Is the creditor an insider or related party?
☒ No
☐ Yes

Is anyone else liable on this claim?
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 37,259          $ _____

Debtor    Microdermis Corporation
          _____
          Name

Case number (if known)  18-35179
                        _____

| **Part 1:** | **Additional Page** | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | Do not deduct the value of collateral. | |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.__** **Creditor's name**

Bruce A. and Kay H. Stewart

**Creditor's mailing address**

505 Greentree Lane NE
Ada, MI 49301

**Creditor's email address, if known**

bstew33@gmail.com

**Date debt was incurred**    various

**Last 4 digits of account number**    ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☐ No
☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   _____
   _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Intellectual property

$ 31,982    $ _____

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☒ No
☐ Yes

**Is anyone else liable on this claim?**

☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.__** **Creditor's name**

Royalty Ventures

**Creditor's mailing address**

4801 Main Street, Suite 650
Kansas City, MO 64112

**Creditor's email address, if known**

_____

**Date debt was incurred**    10/9/2015

**Last 4 digits of account number**    ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☐ No
☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   _____
   _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Intellectual property

$ 353,642    $ _____

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☒ No
☐ Yes

**Is anyone else liable on this claim?**

☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

Debtor  Microdermis Corporation
_____
        Name

Case number (if known)  18-35179 _____

---

**Part 2:**  **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | Line 2. __ | ___ ___ ___ ___ |
| | Line 2. __ | ___ ___ ___ ___ |
| | Line 2. __ | ___ ___ ___ ___ |
| | Line 2. __ | ___ ___ ___ ___ |
| | Line 2. __ | ___ ___ ___ ___ |
| | Line 2. __ | ___ ___ ___ ___ |
| | Line 2. __ | ___ ___ ___ ___ |
| | Line 2. __ | ___ ___ ___ ___ |
| | Line 2. __ | ___ ___ ___ ___ |
| | Line 2. __ | ___ ___ ___ ___ |
| | Line 2. __ | ___ ___ ___ ___ |
| | Line 2. __ | ___ ___ ___ ___ |
| | Line 2. __ | ___ ___ ___ ___ |
| | Line 2. __ | ___ ___ ___ ___ |

**Fill in this information to identify the case:**

Debtor    Microdermis Corporation

United States Bankruptcy Court for the:    Southern    District of    Texas
(State)

Case number    18-35179
(If known)

☐ Check if this is an
amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B*)* and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| **Part 1:** | **List All Creditors with PRIORITY Unsecured Claims** |

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☐ No. Go to Part 2.
   ☒ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  | | Total claim | Priority amount |
|---|---|---|---|

**2.1** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $_____ | $_____
*Check all that apply.*

   Please see attached worksheet

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**2.2** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $_____ | $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**2.3** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $_____ | $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

Official Form 206E/F               Schedule E/F: Creditors Who Have Unsecured Claims               page 1 of ___

Debtor   Microdermis Corporation                                                     18-35179
_____         _____
Name                                                      Case number (if known)

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |

**3.** **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|

**3.1** Nonpriority creditor's name and mailing address

_Please see attached worksheet_

As of the petition filing date, the claim is:
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

Basis for the claim: _____

$ _____

Date or dates debt was incurred   _____

Is the claim subject to offset?
❑ No
❑ Yes

Last 4 digits of account number   __ __ __ __

**3.2** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

Basis for the claim: _____

$ _____

Date or dates debt was incurred   _____

Is the claim subject to offset?
❑ No
❑ Yes

Last 4 digits of account number   __ __ __ __

**3.3** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

Basis for the claim: _____

$ _____

Date or dates debt was incurred   _____

Is the claim subject to offset?
❑ No
❑ Yes

Last 4 digits of account number   __ __ __ __

**3.4** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

Basis for the claim: _____

$ _____

Date or dates debt was incurred   _____

Is the claim subject to offset?
❑ No
❑ Yes

Last 4 digits of account number   __ __ __ __

**3.5** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

Basis for the claim: _____

$ _____

Date or dates debt was incurred   _____

Is the claim subject to offset?
❑ No
❑ Yes

Last 4 digits of account number   __ __ __ __

**3.6** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

Basis for the claim: _____

$ _____

Date or dates debt was incurred   _____

Is the claim subject to offset?
❑ No
❑ Yes

Last 4 digits of account number   __ __ __ __

Debtor    Microderms Corporation
          Name

Case number *(if known)*   18-35179

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |

5. **Add the amounts of priority and nonpriority unsecured claims.**

|  | | Total of claim amounts |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $ 1,566,939.76 |
| 5b. **Total claims from Part 2** | 5b. + | $ 12,720,916. 92 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 14,287,856.68 |

**Exhibit - Part 1 Question 2.1 Priority Unsecured**

| Item | Name | Contingent, Unliquidated or Disputed | Date(s) debt incurred | Account No. | Mailing Address 1 | Mailing Address 2 | Total claim | Unsecured | Secured |
|------|------|------|------|------|------|------|------|------|------|
| 2.1 | Albert Kim | | various | | 10959 Glengate Circle | Highlands Ranch, CO 80130 | 60,566.67 | 60,566.67 | 0 |
| 2.2 | California Franchise Tax Board | | various | | Franchise Tax Board PO Box 942857 | Sacramento, CA 94257-0531 | 800.00 | 800.00 | 0 |
| 2.3 | Craig Eberhard | | various | | 2820-16 Carleton St. | San Diego, CA 92106 | 73,986.45 | 73,986.45 | 0 |
| 2.4 | David M Sweeney | | various | | 5773 Woodway, PM Box W | Houston, TX  77057 | 2,460,257.97 | 949,458.12 | 1510799.9 |
| 2.5 | Dawn Lembo | | various | | 456 Grand Ave, Apt 2a | Leonia, NJ 07605 | 90,577.69 | 90,577.69 | 0 |
| 2.6 | Donald Molnar | | various | | 2063 Heritage Parkway | Navarre Florida 32566 | 70,850.70 | 57,671.70 | 13179 |
| 2.7 | Harry Corless | | various | | 11 Patriots Road | Morris Plains, NJ 07950 | 297,756.84 | 297,756.84 | 0 |
| 2.8 | John C. Cheronis | | various | | 24011 Pleasant Park Road | Conifer, CO  80433 | 263,860.77 | 211,065.18 | 52795.59 |
| 2.9 | Peter J. Lentini | | various | | 380 Carrollwood Drive | Tarrytown, NY 10591 | 416,382.34 | 375,333.34 | 41049 |
| 2.10 | Rebecca L. Lippincott-Gullo | | various | | 27 Tinton Falls Rd. |  Farmingdale, NJ 07727 | 24,627.42 | 24,627.42 | 0 |
| 2.11 | Scott Hartsell | | various | | 3837 Swans Landing Drive | Land O Lakes, FL. 34639 | 89,286.01 | 89,286.01 | 0 |
| 2.12 | State of New Jersey | | various | | Division of Employer Accounts PO Box 85 | Trenton, NJ 08646-8059 | 296.62 | 296.62 | 0 |
| 2.13 | State of Delaware | | various | | | | 0.00 | 0.00 | 0 |
| 2.14 | Thomas M. McGinn | | various | | 71 Willis Drive | Ewing, NJ 08628 | 412,703.41 | 379,755.41 | 32948 |
| 2.15 | Vicki J. Abbas | | various | | 12556 Home Farm Drive | Westminster, CO 80234 | 181,627.18 | 181,627.18 | 0 |

2:28 PM
07/19/18
Microdermis Corporation
Vendor Contact List
07/19/18

Case 18-35179   Document 3   Filed in TXSB on 09/28/18   Page 31 of 55

Exhibit - Part 2 Question 3.1 - NONPRIORITY Unsecured Claims

| Item | Vendor Name | Contingent, Unliquidated or Disputed | Date debt incurred | Account No. | Mailing Address 1 | Mailing Address 2 | Total Amount of claim | Unsecured | Secured |
|---|---|---|---|---|---|---|---|---|---|
| 3.1 | Accuracy Inc. | | various | | Accuracy Inc. PO BOX 51200 | Mainland, PA 19451-0200 USA | 229,193.87 | 229,193.87 | 0 |
| 3.2 | Acupac Packaging Inc. | | various | | Acupac Packaging, Inc. P.O. Box 12477 | Newark, NJ 07101-3577 | 969.55 | 969.55 | 0 |
| 3.3 | ADP | | various | | ADP | | 0.00 | 0.00 | 0 |
| 3.4 | Advanced Anaylitcal Inc. | | various | | Advanced Anaylitcal Testing Laboratories | North Brunswick, NJ 08902 | 7,700.00 | 7,700.00 | 0 |
| 3.5 | Advantage Solutions | | various | | Advantage Solutions PO Box 31001-1691 | Pasadena, CA 91110-1691 United States | 43,746.00 | 43,746.00 | 0 |
| 3.6 | Alfonso Calmell del Solar | | various | | Jr. Alonso de Molina 1183 Dpto 103, Monterrico Surco Lima Peru | | 35,616.50 | 35,616.50 | 0 |
| 3.7 | Andrews Kurth Kenyon LLP | | various | | Andrews Kurth Kenyon LLP One Broadway, 9th Floor New York, NY 10004-1007 USA | | 51,928.94 | 51,928.94 | 0 |
| 3.8 | Archway Marketing Services, Inc. | | various | | Archway Marketing Services Department Carol Stream, IL 60122-4599 USA | | 9,432.04 | 9,432.04 | 0 |
| 3.9 | BioScience Laboratories, Inc. | | various | | BioScience Laboratories, Inc. PO Box 190 | Bozeman, MT 59771-0190 | 95,375.00 | 95,375.00 | 0 |
| 3.10 | Catherine Sweeney | | various | | Catherine Sweeney 5773 Woodway PM B | Houston, TX 77057 | 23,300.00 | 23,300.00 | 0 |
| 3.11 | CFO Advisory Services | | various | | 1755 North Collins Blvd #510 | Richardson, TX 75080 USA | 51,343.79 | 51,343.79 | 0 |
| 3.12 | Charles Smith | | various | | Charles Smith | | 3,334.00 | 3,334.00 | 0 |
| 3.13 | Choate Hall & Stewart LLP | | various | | Choate Hall & Stewart LLP Two Internation | Boston, MA 02110 | 169,070.95 | 169,070.95 | 0 |
| 3.14 | Corporation Service Company | | various | | Corporation Service Company PO Box 133 | Philadelphia, PA 19101-3397 | 868.00 | 868.00 | 0 |
| 3.15 | David L. Maserang | | various | | David L. Maserang 109 Mariposa Bonita C | Georgetown, TX 78633 | 28,204.15 | 28,204.15 | 0 |
| 3.16 | Delaware Business Incorporators, Inc. | | various | | Delaware Business Incorporators, Inc. 342 | Wilmington, DE 19808-6192 | 100.00 | 100.00 | 0 |
| 3.17 | Deloitte & Touche LLP | | various | | Parsippanv 100 Kimball Dr. | Parsippany, NJ 07054-0319 United States | 60,000.00 | 60,000.00 | 0 |
| 3.18 | Development & Strategic Consulting Assoc. | | various | | Development & Strategic Consulting Assoc 710 Neptune Ave Encinitas, CA 92024 | | 2,000.00 | 2,000.00 | 0 |
| 3.19 | Douglas Robb | | various | | Douglas Robb 8267 Clifton Farm Ct | Alexandria, VA 22306 USA | 11,848.00 | 11,848.00 | 0 |
| 3.20 | Dwyer Murphy Calvert | | various | | Dwyer Murphy Calvert 1301 West 25th St | Austin, TX 78705 | 9,052.54 | 9,052.54 | 0 |
| 3.21 | Earle Smith | | various | | Earle Smith 9607 French Walk | Helotes, TX 78023 | 3,300.00 | 3,300.00 | 0 |
| 3.22 | Edward A. Rice | | various | | Edward A. Rice 19827 Zephyr Cove | Garden Ridge, TX 78266 | 44,255.53 | 44,255.53 | 0 |
| 3.23 | Edward Eitzen | | various | | Edward Eitzen 4676 Seton Hall Road | Colorado Springs, CO 80918 | 12,092.97 | 12,092.97 | 0 |
| 3.24 | Federal Schedules, Inc. | | various | | Federal Schedules, Inc. 2325 Dulles Corne | Herndon, VA 20171 | 2,500.00 | 2,500.00 | 0 |
| 3.25 | Fjrari & Davenport | | various | | Fjrari & Davenport 901 Main Street, LB 12 | Dallas, TX 75202 | 110,172.90 | 110,172.90 | 0 |
| 3.26 | First Insurance | | various | | First Insurance Funding 450 Skokie Blvd. S | Northbrook, IL 60062-7917 | 0.00 | 0.00 | 0 |
| 3.27 | FleishmanHillard Inc. | | various | | FleishmanHillard Inc. PO Box 771733 | St. Louis, MO 63177 | 141,218.75 | 141,218.75 | 0 |
| 3.28 | Foley & Lardner | | various | | Foley & Lardner 3000 K Street, NW Suite t | Washington, DC 20007-5109 USA | 15,947.22 | 15,947.22 | 0 |
| 3.29 | GLB ABOGADOS | | various | | GLB ABOGADOS | Jiron Paramonga, 311 Torre La Encalada, Santa | 62,526.54 | 62,526.54 | 0 |
| 3.30 | Grace Ministries International | | various | | Grace Ministries International PO Box 965 | Wharton, TX 77488 | 4,800.00 | 4,800.00 | 0 |
| 3.31 | Henry Ford Health System | | various | | Henry Ford Health System Attn: Andrew C | Detroit, MI 48202 | 40,000.00 | 40,000.00 | 0 |
| 3.32 | Jan Creidenberz | | various | | Jan Creidenberg 6401 Sazamore Rd | Mission Hills, KS 66208 | 639.36 | 639.36 | 0 |
| 3.33 | Kathy Martin | | various | | 10116 Tate Court | Oakton, VA 22124 | 6,077.38 | 6,077.38 | 0 |
| 3.34 | Korn Ferry International | | various | | Korn Ferry International NW 5064 PO Box | Minneapolis, MN 55485-5064 | 77,199.00 | 77,199.00 | 0 |
| 3.35 | Krzysztof Appelt | | various | | Krzysztof Appelt PO Box 3183 | Rancho Santa Fe, CA 92067 | 2,500.00 | 2,500.00 | 0 |
| 3.36 | LaborLimbach | | various | | LaborLimbach MVZ Dr. Limbach und Kolleg | Im Breitspiel 15 69126 Heidelberg | 7,547.33 | 7,547.33 | 0 |
| 3.37 | Lester Martinez - Lopez | | various | | Lester Martinez-Lopez 2307 Delamere Ct. | Valrico, FL 33596 | 38,836.66 | 37,052.66 | 1784 |
| 3.38 | MANAGSOLUT CIA LTD | | various | | | | 9,744.00 | 9,744.00 | 0 |
| 3.39 | Mark J Suseck | | various | | 34 Olden Drive | Flemington, NJ 08822 United States | 242.55 | 242.55 | 0 |
| 3.40 | Martin Blanck & Associates, LLC | | various | | Martin, Blanck & Associates, LLC 2034 Eis | Alexandria, VA 22314 | 31,774.00 | 31,774.00 | 0 |
| 3.41 | Martinez Law Firm LLC | | various | | 6003 Kestrel Point Ave. | Lithia, FL 33547 United States | 9,515.43 | 9,515.43 | 0 |
| 3.42 | Microsoft | | various | | Microsoft | One Microsoft Way, Redmond, WA 98052-639 | 0.00 | 0.00 | 0 |
| 3.43 | MJL Design | | various | | MJL Design 1421 Pearl St, Unit 4 | Denver, CO 80203 United States | 1,000.00 | 1,000.00 | 0 |
| 3.44 | Mulder Associates, Inc. | | various | | Mulder Associates, Inc. 6 Pine Heritage Dr | Newtown, PA 18940 | 133,902.48 | 133,902.48 | 0 |
| 3.45 | Patrick H Brady | | various | | Patrick H Brady 10419 Feldskock Lane | New Braunfels, TX 78132 | 3,520.00 | 3,520.00 | 0 |
| 3.46 | Regus Management Group, LLC | | various | | Regus Management Group, LLC PO Box 84 | Dallas, TX 75284-2456 | 0.00 | 0.00 | 0 |
| 3.47 | Robert Trevino | | various | | Robert Trevino 27815 Cascabel Lane | San Antonio, TX 78260 USA | 285.75 | 285.75 | 0 |
| 3.48 | Stephen C. Davis | | various | | 8995 N.E. 4th Ave | El Portal, FL 33138 United States | 410.20 | 410.20 | 0 |
| 3.49 | Steven W. Swann | | various | | 2055 Tom Austin Hwy | Greenbrier, TN 3703 United States | 22,063.82 | 22,063.82 | 0 |
| 3.50 | Superior Vision | | various | | National Guardian Life Ins. Co. PO Box 647 | Baltimore, MD 21264-4542 | 0.00 | 0.00 | 0 |
| 3.51 | Systemica Consultores | | various | | Systemica Consultores San Antonio 378 70 | Santiago | 24,306.00 | 24,306.00 | 0 |
| 3.52 | Tergus Pharma | | various | | 2810 Meridian Parkway, Suite 120 Durhar | Durham NC 27713 United States | 0.00 | 0.00 | 0 |
| 3.53 | The SPs, LLC (Elder Granger) | | various | | The SPs, LLC Elder Granger 5176 S. Lewist | Centennial, CO 80015 | 1,000.00 | 1,000.00 | 0 |
| 3.54 | The HelpDesk Company Inc. | | various | | The HelpDesk Company 4301 Dominion B | Glen Allen, VA 23060 | 1,521.25 | 1,521.25 | 0 |
| 3.55 | The Inn at Rancho Santa Fe | | various | | 5951 Linea Del Cielo P.O. Box 869 | Rancho Santa Fe, CA 92067 United States | 14,081.70 | 14,081.70 | 0 |
| 3.56 | The MB Group, LLC | | various | 5492-01 | The MB Group, LLC 5072 W. Plano Parkwa | Plano, TX 75093 | 310.00 | 310.00 | 0 |
| 3.57 | The University of Iowa | | various | | The University of Iowa c/o Grant Account | Iowa City, IA 52242 | 34,375.00 | 34,375.00 | 0 |
| 3.58 | Tom McGinnis | | various | | Tom McGinnis 28340 Terrazza Lane | Naples, FL 34110-2770 | 5,445.00 | 5,445.00 | 0 |
| 3.59 | University of Miami | | various | 666295 | University of Miami Office of Research Ad | Atlanta, GA 30384-5803 United States | 15,463.00 | 15,463.00 | 0 |
| 3.60 | UTHSCSA-Emergency Medicine | | various | | Attn: Adrian Lopez Rangel 7703 Floyd Curl | San Antonio, TX 78229-3900 United States | 57,808.27 | 57,808.27 | 0 |
| 3.61 | Washington University | | various | | Washington University Attn: James Maus | St. Louis, MO 63110 | 37,071.00 | 37,071.00 | 0 |
| 3.62 | Wilson Sonsini Goodrich & Rosati | | various | 40414.000 | 650 Page Mill Rd Palo Alto, CA 94304 Unit | Palo Alto, CA 94304 United States | 668,474.68 | 668,474.68 | 0 |
| 3.63 | Carlos Chuman | | various | | Cerros De Camacho 792 Dpto. 1203 Surco Lima, Peru | | 10,000.00 | 10,000.00 | 0 |
| 3.64 | Development & Strategic Consulting Assoc. | | various | | 710 Neptune Ave | Encinitas, CA 92024 | 3,000.00 | 3,000.00 | 0 |
| 3.65 | Hal Hornberg | | various | | 8506 High Cliff Drive | Fair Oaks Ranch, TX 78015 | 40,000.00 | 40,000.00 | 0 |
| 3.66 | Ismael Seoane | | various | | Av. Salaverry 2047 Lince Lima, Peru | | 10,000.00 | 10,000.00 | 0 |
| 3.67 | Rafael Jaque | | various | | Calle 15 Av. 28, Manta, Ecuador | | 74,760.00 | 74,760.00 | 0 |
| 3.68 | Richard Wallace | | various | | 1578 SE Ballantrae Court | Port St. Lucie, FL 34952 | 40,000.00 | 40,000.00 | 0 |
| 3.69 | James Hosler | | various | | 422 Bentley Manor | Shavano Park, TX, 78249 | 1,022,827.71 | 14,987.64 | 1007840.1 |
| 3.70 | Peter Whinfrey | | various | | 5006 Deerwood Park Dr. | Arlington, TX 76017 | 2,947,267.63 | 1,181,840.55 | 1765427.1 |
| 3.71 | Peter Whinfrey | | various | | 200 Hawley Lane | Geneva, IL 60134 | 272,000.00 | 0.00 | 272000 |
| 3.75 | Bobrit LLC | | various | | 2223 Avenida de la Playa, Suite 108 | La Jolla CA 92037 | 911,651.74 | 60,000.00 | 851651.74 |
| 3.76 | Jeffrey Boyle | | various | | 925 H Street NW, Apt 809 | Washington, DC 20001 | 18,635.00 | 0.00 | 18635 |
| 3.77 | Kimberley Burgess | | various | | P.O. Box 2455 | Granbury, TX, 76048-7455 | 61,540.00 | 0.00 | 61540 |
| 3.78 | Mark H. Burgon | | various | | 1583 Ridgeview Circle | Farmington, Utah 84025 | 60,496.00 | 0.00 | 60496 |
| 3.79 | Carlton III, PH | | various | | 10083 Pine Glade Dr | Colorado Springs, CO 80920 | 227,090.50 | 3,378.50 | 223712 |
| 3.80 | Steven Crudup | | various | | 432 West Fork Drive | Arlington, TX 76012 | 124,690.00 | 0.00 | 124690 |
| 3.81 | Thomas E. Damuth | | various | | 1665 Linden Place | Sapinaw MI, 48638 | 62,214.00 | 0.00 | 62214 |
| 3.82 | Dale A. Jurcisin | | various | | 39733 Eagle Trace Dr. | Northville, MI 48168 | 18,669.12 | 0.00 | 18669.12 |
| 3.83 | Kevin D. Hornburg | | various | | 2167 Bent Creek Dr | Colorado Spring, CO 80921 | 24,833.00 | 0.00 | 24833 |
| 3.84 | Kenneth & Karen L Kaylor | | various | | 4928 Panorama Ct | Bakersfield, CA 93306 | 386,896.00 | 1,078.00 | 385818 |
| 3.85 | PK Concepts, LLC | | various | | 4060 Sweetwater Dr | College Station, TX 77845 | 83,305.74 | 29,252.74 | 54053 |
| 3.86 | Henry Rogers III | | various | | 360 Stonehaven Dr. | Fayetteville, GA 30215-2979 | 197,963.64 | 0.00 | 197963.64 |
| 3.87 | Equity Trust Company Custodian FBO Michael S. Shore IRA | | various | | 1309 Glennmeadow Lane | East Lansing, MI 48823 | 37,259.00 | 0.00 | 37259 |
| 3.88 | Bruce A. and Kay H. Stewart | | various | | 505 Greentree Lane NE | Ada, MI 49301 | 31,981.55 | 0.00 | 31981.55 |
| 3.89 | James A. Johnson, MD | | various | | 6537 Mira Vista Lane | San Diego, CA 92120 | 128,003.90 | 128,003.90 | 0 |
| 3.90 | Thomas J Lykos | | various | | 3858 Weatheimer Rd # 307 | Houston, TX 77007 | 21,500.00 | 21,500.00 | 0 |
| 3.91 | Royality Ventures | | various | | 4801 Main Street, Suite 650 | Kansas City, MO 64112 | 366,316.00 | 0.00 | 366316 |
| 3.92 | Lucas Martinez | | various | | 6003 Kestrel Point Ave. | Lithia, FL 33547 | 12,500.00 | 12,500.00 | 0 |
| 3.93 | PK Carlton Jr. (General) | | various | | 4060 Sweetwater Dr | College Station, TX 77845 | 40,000.00 | 40,000.00 | 0 |
| 3.94 | Peter Conner | | various | | 8 Galleria Drive | San Antonio, TX 78257 | 127,999.99 | 127,999.99 | 0 |

**Fill in this information to identify the case:**

Debtor name __Microdermis Corporation__

United States Bankruptcy Court for the: __Southern__   District of __Texas__
(State)

Case number (If known): __18-35179__   Chapter __7__

☐ Check if this is an amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases
12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest | Virtual Office and mail forwarding service | Regus Management Group<br>P.O. Box 842456<br>Dallas, Texas 75284-2456 |
| | State the term remaining | Expires April 30,2019 | |
| | List the contract number of any government contract | | |
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest | Storage Unit | Security Storage and Van Company<br>5786 Sellger Drive<br>Norfolk, VA 23502 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.5** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

**Fill in this information to identify the case:**

Debtor name __Microdermis Corporation__

United States Bankruptcy Court for the: __Southern__ District of __Texas__
(State)

Case number (If known): __18-35179__

❏ Check if this is an amended filing

Official Form 206H

## Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**

   ☒ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ❏ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G*.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1 _____ | Street _____ <br> _____ <br> City        State        ZIP Code | _____ | ❏ D <br> ❏ E/F <br> ❏ G |
| 2.2 _____ | Street _____ <br> _____ <br> City        State        ZIP Code | _____ | ❏ D <br> ❏ E/F <br> ❏ G |
| 2.3 _____ | Street _____ <br> _____ <br> City        State        ZIP Code | _____ | ❏ D <br> ❏ E/F <br> ❏ G |
| 2.4 _____ | Street _____ <br> _____ <br> City        State        ZIP Code | _____ | ❏ D <br> ❏ E/F <br> ❏ G |
| 2.5 _____ | Street _____ <br> _____ <br> City        State        ZIP Code | _____ | ❏ D <br> ❏ E/F <br> ❏ G |
| 2.6 _____ | Street _____ <br> _____ <br> City        State        ZIP Code | _____ | ❏ D <br> ❏ E/F <br> ❏ G |

**Fill in this information to identify the case:**

Debtor name __Microdermis Corporation__

United States Bankruptcy Court for the: __Southern__ District of __Texas__
(State)

Case number (If known): __18-35179__

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals
12/15

| Part 1: | Summary of Assets |
|---|---|

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*............................................................
   $ __0__

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*........................................................
   $ _____

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*..........................................................
   $ __294.89__

| Part 2: | Summary of Liabilities |
|---|---|

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*............
   $ __6,193,768__

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*......................................
   $ __6961.92__

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............
   + $ __7,117,593.49__

4. **Total liabilities**............................................................................
   Lines 2 + 3a + 3b
   $ __13,318,323.40__

**Fill in this information to identify the case and this filing:**

Debtor Name __Microdermis Corporation__

United States Bankruptcy Court for the: __Southern_____ District of __Texas__
                                                                                    (State)

Case number (*If known*): __18-35179_____

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors     12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☒ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☒ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☒ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☒ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☒ *Schedule H: Codebtors* (Official Form 206H)
- ☒ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* _____
- ☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __9/28/2018__       ✗ _____
               MM / DD / YYYY              Signature of individual signing on behalf of debtor

                                           __Mac Sweeney_____
                                           Printed name

                                           __Chief Executive Officer_____
                                           Position or relationship to debtor

Official Form 202          Declaration Under Penalty of Perjury for Non-Individual Debtors

**Fill in this information to identify the case:**

Debtor name _Microdermis Corporation_

United States Bankruptcy Court for the: _Southern_ District of _Texas_
(State)

Case number (If known): _18-35179_

☐ Check if this is an amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy   04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

### Part 1:   Income

**1.   Gross revenue from business**

☒ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From 01/01/2018 to MM / DD / YYYY | 9/14/2018 | ☐ Operating a business ☒ Other _Pre Revenue_ | $ 0.00 |
| **For prior year:** | From 01/01/2017 to MM / DD / YYYY | 12/31/2017 MM / DD / YYYY | ☐ Operating a business ☐ Other _____ | $ 0.00 |
| **For the year before that:** | From 01/01/2016 to MM / DD / YYYY | 12/31/2017 MM / DD / YYYY | ☐ Operating a business ☐ Other _____ | $ 0.00 |

**2.   Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☒ None

| | | | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From _____ to MM / DD / YYYY | Filing date | _____ | $_____ |
| **For prior year:** | From _____ to MM / DD / YYYY | _____ MM / DD / YYYY | _____ | $_____ |
| **For the year before that:** | From _____ to MM / DD / YYYY | _____ MM / DD / YYYY | _____ | $_____ |

Debtor    Microdermis Corporation
          _____
          Name

Case number (if known)   18-35179
_____

---

**Part 2:**  **List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|---|
| 3.1. | See Attached Exhibit for 4 creditors | | $_____ | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other _____ |
| | Creditor's name | | | |
| | Street | _____ | | |
| | City          State          ZIP Code | _____ | | |
| 3.2. | _____ | _____ | $_____ | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other _____ |
| | Creditor's name | | | |
| | Street | | | |
| | City          State          ZIP Code | _____ | | |

4.  **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | See Attached For Insiders | _____ | $_____ | _____ |
| | Insider's name | | | |
| | Street | _____ | | _____ |
| | City          State          ZIP Code | _____ | | _____ |
| | **Relationship to debtor** | | | |
| | _____ | | | |
| 4.2. | Choate Hall & Stewart LLP | 09/20/2017 | $  $14,364 | Intellectual Property related filings and maintenance |
| | Insider's name | 10/11/2017 | | |
| | Two International Place | 10/16/2017 | | |
| | Street | | | |
| | Boston, MA 02110 | | | |
| | City          State          ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |

Debtor  **Microdermis Corporation**                                          Case number (*if known*)  18-35179
_____ Name _____

---

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☐ None

| | Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|---|
| 5.1. | | | | $_____ |
| | Creditor's name | | | |
| | Street | | | |
| | City          State          ZIP Code | | | |
| 5.2. | | | | $_____ |
| | Creditor's name | | | |
| | Street | | | |
| | City          State          ZIP Code | | | |

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☒ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| Creditor's name | | | $_____ |
| Street | | | |
| City          State          ZIP Code | Last 4 digits of account number: XXXX– __ __ __ __ | | |

---

**Part 3:    Legal Actions or Assignments**

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | | | Name | ☐ Pending |
| | Case number | | Street | ☐ On appeal |
| | | | City          State          ZIP Code | ☐ Concluded |
| 7.2. | Case title | | Court or agency's name and address | ☐ Pending |
| | Case number | | Name | ☐ On appeal |
| | | | Street | ☐ Concluded |
| | | | City          State          ZIP Code | |

---

Debtor **Microdermis Corporation**
Name

Case number *(if known)* 18-35179

---

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☐ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| | _____ | $_____ |
| Custodian's name | | |
| | Case title | Court name and address |
| Street | | |
| | _____ | Name |
| City       State     ZIP Code | Case number | Street |
| | | City       State       ZIP Code |
| | Date of order or assignment | |
| | _____ | |

## Part 4:  Certain Gifts and Charitable Contributions

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☐ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| 9.1. _____ | _____ | _____ | $_____ |
| Recipient's name | _____ | | |
| Street | | | |
| City       State     ZIP Code | | | |
| **Recipient's relationship to debtor** | | | |
| _____ | | | |
| 9.2. _____ | | _____ | $_____ |
| Recipient's name | | | |
| Street | | | |
| City       State     ZIP Code | | | |
| **Recipient's relationship to debtor** | | | |
| _____ | | | |

## Part 5:  Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☒ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Date of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. | | |
| | List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property).* | | |
| _____ | _____ | _____ | $_____ |

Debtor ___Microdermis Corporation_____     Case number (if known)___18-35179_____
      Name

| **Part 6:** | **Certain Payments or Transfers** |

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| Who was paid or who received the transfer? | If money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1. ___Diamond McCarthy LLP___ | _____ | _1/18/2018_ | $__30,000 |
| **Address** | _____ | | |
| _909 Fannin Street, 37th Floor_ <br> Street | | | |
| _Houston_____ TX_ _77010_ <br> City      State    ZIP Code | | | |
| **Email or website address** <br> _CRubio@diamondmccarthy.com_ | | | |
| **Who made the payment, if not debtor?** <br> _____ | | | |

| Who was paid or who received the transfer? | If money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.2. _____ | _____ | _____ | $_____ |
| **Address** | _____ | | |
| _____ <br> Street | | | |
| _____ <br> City      State    ZIP Code | | | |
| **Email or website address** <br> _____ | | | |
| **Who made the payment, if not debtor?** <br> _____ | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☒ None

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| _____ | _____ | _____ | $_____ |
| **Trustee** <br> _____ | _____ | | |

Debtor  __Microdermis Corporation_____     Case number (if known)___18-35179_____
　　　　　Name

---

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | _____ | _____ | _____ | $_____ |
| | **Address** | _____ | | |
| | _____ | | | |
| | Street | | | |
| | _____ | | | |
| | City　　　　State　　ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |
| 13.2. | Who received transfer? | _____ | _____ | $_____ |
| | _____ | _____ | | |
| | **Address** | | | |
| | _____ | | | |
| | Street | | | |
| | _____ | | | |
| | City　　　　State　　ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |

---

**Part 7:**    **Previous Locations**

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy |
|---|---|---|
| 14.1. | Laboratory Space Located at: | From __2011__ To __May 2016__ |
| | Street | |
| | 125 Main St., Elmwood  Park 07407 | |
| | City　　　　　　State　　ZIP Code | |
| 14.2. | Street | From __May 2016__ To __Dec 2017__ |
| | 16 Railroad Ave, Suite 3 Pearl River, NY  10965 | |
| | City　　　　　　State　　ZIP Code | |

---

| Debtor | Microdermis Corporation | Case number (*if known*) | 18-35179 |
|---|---|---|---|
| | Name | | |

---

**Part 8:**  **Health Care Bankruptcies**

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

— diagnosing or treating injury, deformity, or disease, or

— providing any surgical, psychiatric, drug treatment, or obstetric care?

☒ No. Go to Part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1. _____ Facility name _____ Street _____ City        State        ZIP Code | _____ _____ **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. _____ _____ | _____ **How are records kept?** *Check all that apply:* ☐ Electronically ☐ Paper |
| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
| 15.2. _____ Facility name _____ Street _____ City        State        ZIP Code | _____ _____ **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. _____ _____ | _____ **How are records kept?** *Check all that apply:* ☐ Electronically ☐ Paper |

---

**Part 9:**  **Personally Identifiable Information**

**16. Does the debtor collect and retain personally identifiable information of customers?**

☒ No.

☐ Yes. State the nature of the information collected and retained. _____

   Does the debtor have a privacy policy about that information?

   ☐ No

   ☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.

   Yes. Does the debtor serve as plan administrator?

   ☐ No. Go to Part 10.

   ☒ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| Microdermis 401k Plan | EIN: 2 6 – 4 1 6 9 1 2 2 |

   Has the plan been terminated?

   ☐ No

   ☒ Yes

---

Debtor  Microdermis Corporation
Name

Case number (if known)  18-35179

---

| **Part 10:** | **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units** |

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | Wells Fargo<br>Name<br>2 Washington Crossing Road<br>Street<br>Pennington    NJ<br>City          State    ZIP Code<br>08534 | XXXX– 7  7  2  9 | ☒ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | 12/1/2017 | $ 24.24 |
| 18.2. | Wells Fargo<br>Name<br>2 Washington Crossing Road<br>Street<br>Pennington   NJ  08534<br>City          State    ZIP Code | XXXX– 7  7  3  7 | ☒ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | 12/1/1017 | $ 50.00 |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☒ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| Name<br>Street<br>City      State    ZIP Code | <br><br>**Address** | | ☐ No<br>☐ Yes |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| Security Storage and Van Company<br>Name<br>5786 Sellger Dr.<br>Street<br>Norfolk, VA 23502<br>City      State    ZIP Code | David and or Cathy Sweeney<br><br>**Address** | Office furniture & Microdermis documents related to relocation | x No<br>☐ Yes |

Debtor    **Microdermis Corporation**
          _____
          Name

Case number *(if known)*   18-35179
_____

---

| **Part 11:** | **Property the Debtor Holds or Controls That the Debtor Does Not Own** |
|---|---|

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☒ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| | | | $_____ |
| _____ Name | _____ | _____ | |
| _____ Street | _____ | _____ | |
| _____ | | | |
| City          State          ZIP Code | | | |

---

| **Part 12:** | **Details About Environmental Information** |
|---|---|

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☒ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| _____ | | _____ | ☐ Pending |
| **Case number** | _____ Name | _____ | ☐ On appeal |
| _____ | _____ Street | _____ | ☐ Concluded |
| | _____ City          State          ZIP Code | | |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☒ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | _____ |
| _____ Name | _____ Name | _____ | |
| _____ Street | _____ Street | _____ | |
| _____ City          State          ZIP Code | _____ City          State          ZIP Code | | |

---

Debtor  **Microdermis Corporation**

Name

Case number *(if known)*  __18-35179__

---

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☒ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |
| Street | Street | | |
| City          State          ZIP Code | City          State          ZIP Code | | |

---

| Part 13: | Details About the Debtor's Business or Connections to Any Business |
|---|---|

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

☒ None

| | Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|---|
| 25.1. | Name | | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___ |
| | Street | | Dates business existed |
| | City          State          ZIP Code | | From _____  To _____ |
| 25.2. | Name | | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___ |
| | Street | | Dates business existed |
| | City          State          ZIP Code | | From _____  To _____ |
| 25.3. | Name | | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___ |
| | Street | | Dates business existed |
| | City          State          ZIP Code | | From _____  To _____ |

---

Debtor    Microdermis Corporation                                    Case number (if known)    18-35179
          Name

---

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26a.1.   Thomas M  McGinn (Employee)<br>Name<br>71 Willis Drive<br>Street<br>Ewing            NJ  08628<br>City                  State        ZIP Code | From  07/2016  To   Present |

| Name and address | Dates of service |
|---|---|
| 26a.2.   CFO Advisors, Inc.<br>Name<br>1755 N Collins, Suite 510<br>Street<br>Richardson, TX 75080<br>City                  State        ZIP Code | From  01/2013  To   4/2017 |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26b.1.   Deloitte  - Luann Makovec<br>Name<br>100 Kimball Drive<br>Street<br>Parsippany, NJ 07054 - 2176<br>City                  State        ZIP Code | From 03/2016  To  12/2016 |

| Name and address | Dates of service |
|---|---|
| 26b.2.   <br>Name<br><br>Street<br><br>City                  State        ZIP Code | From _____   To  _____ |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☒ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.   Thomas M McGinn<br>Name<br>71 Willis Drive<br>Street<br>Ewing            NJ 08628<br>City                  State        ZIP Code | _____<br>_____<br>_____ |

Debtor    Microdermis Corporation
          _____    Case number (if known)_____ 18-35179
          Name

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26c.2.  _____     _____
        Name
        _____     _____
        Street
        _____     _____
        _____
        City                    State        ZIP Code

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|

26d.1.  James Hosler
        _____
        Name
        5006 Deerwood Park Dr
        _____
        Street
        _____
        Arlington, TX 76017
        _____
        City                    State        ZIP Code

| Name and address |
|---|

26d.2.  Bruce Tacket
        _____
        Name
        2893 Lakecrest Drive
        _____
        Street
        Little Elm, TX 75068
        _____
        City                    State        ZIP Code

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No
☒ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| Deloitte - Luann Makovic | 4/2016 | $ 329,000 |

| Name and address of the person who has possession of inventory records |
|---|

27.1.   Thomas McGinn
        _____
        Name
        71 Willis Drive
        _____
        Street
        _____
        Ewing     NJ     08628
        _____
        City                    State        ZIP Code

| Debtor | Microdermis Corporation | Case number (*if known*) | 18-35179 |
|---|---|---|---|
| | Name | | |

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | | $ |

| Name and address of the person who has possession of inventory records |
|---|

27.2.

Name

Street

City                                    State          ZIP Code

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| David M Sweeney | 5773 Woodway, PM Box W Houston TX 77057 | CEO | >1% |
| James A Johnson | 7617 Seattle Drive La Mesa, CA 91941-7893 | Board Director | >1% |
| James Hosler | 2326 Perkins Rd Arlington, TX 76016-1026 | Controlling Shareholder | 29% |
| Rafael Jaque | Calle 15 #2217 y AV 28 Manta Manabi, Ecuador | Board Director | >1% |
| | | | |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No
☒ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Dan Bradbury | 2223 Avenida de la Playa # 108 La Jolla, California 92037 | Director | From 2013 To 2018 |
| Carlos Chuman | Cerros De Camacho 792 Dpto. 1203 Surco Lima, Peru Director | Director | From 2016 To 2017 |
| Ismael Seoane | Av. Salaverry 2047 Lince Lima, Peru | Director | From 2016 To 2017 |
| James Hosler | 5006 Deerwood Park Dr. Arlington, TX 76017 | Director | From___  To: 2018 |

30. **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☒ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1.  See attached worksheet | | | |
| Name | | | |
| Street | | | |
| City                State    ZIP Code | | | |
| Relationship to debtor | | | |
| | | | |

Debtor    Microdermis Corporation                                    Case number (if known)  18-35179
          Name

| | Name and address of recipient | | | | |
|---|---|---|---|---|---|
| 30.2 | | | _____ | _____ | _____ |
| | Name | | | _____ | |
| | Street | | | _____ | |
| | | | | _____ | |
| | City                    State          ZIP Code | | | _____ | |
| | Relationship to debtor | | | _____ | |
| | | | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**
☒ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| _____ | EIN: __ __ – __ __ __ __ __ __ __ |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**
☒ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| _____ | EIN: __ __ – __ __ __ __ __ __ __ |

**Part 14:    Signature and Declaration**

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   09/28/18
              MM  / DD  / YYYY

✗ _____          Printed name   Mac Sweeney
Signature of individual signing on behalf of the debtor

Position or relationship to debtor   Chief Executive Officer

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☐ No
☒ Yes

**Form 207 - Part 2, Question 3**

| Item | Creditors Name | Street | City | State | Zip | Total Value | | Dates | | Reason for Payment |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | David M and Catherine Sweeney | 5773 Woodway, PM Box W | Houston | TX | 77057 | $ 44,310.40 | 11/27/2017 | 11/14/2017 | 12/28/2017 | Secured Debt |
| 2 | Choate Hall & Stewart LLP | Two Intenational Place | Boston | MA | 02110 | $ 9,682.00 | 1/12/2018 | | | Suppliers or Vendor |
| 3 | Diamond McCarthy LLP | 909 Fannin Street, 37th Floor | Houston | TX | 77010 | $ 30,000.00 | 1/18/2018 | | | Services |
| 4 | United Healthcare, C/O Oxford Health | PO Bx 167 | Newark | NJ | 07101 | $ 9,397.29 | 12/29/2017 | | | Supplier & Vendor |

**Form 207 - Part 2, Question 4**

| Item | Creditors Name | Street | City | State | Zip | Total Value | Dates | | | Reason for Payment |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | David M and Catherine Sweeney | 5773 Woodway, PM Box W | Houston | TX | 77057 | $ 82,500.00 | 11/27/2017 | 11/14/2017 | 12/28/2017 | Secured Debt |
| | | | | | | | 9/8/2017 | 9/15/2017 | 10/4/2017 | |
| | | | | | | | 2/15/2017 | 7/26/2017 | 8/28/2017 | |
| 2 | Rafael Jaque | Calle 15 #2217 y AV 28 | Manta Manabi, Ecuador | | | $ 22,000.00 | 4/25/2017 | 8/2/2017 | 9/8/2017 | Services |
| 3 | Thomas M. McGinn | 71 Wills Drive | Ewing | NJ | 08628 | $ 9,000.00 | 9/8/2017 | | | Services |

Form 207 - Part 13, Question 30

| Item | Creditors Name | Street | City | State | Zip | Total Value | | Dates | | Reason for Payment |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Rafael Jaque | Calle 15 #2217 y AV 28 | Manta Manabi, Ecuador | | | $ 58,000 | 4/11/2017 | 4/5/2017 | 5/18/2017 | Services |
| | | | | | | | 5/8/2017 | 3/28/2017 | 9/27/2017 | |
| | | | | | | | 3/10/2017 | 2/16/2017 | 8/17/2017 | |
| | | | | | | | 9/8/2017 | 8/2/2017 | 4/25/2017 | |
| 2 | Rebecca L. Lippincott-Gullo | 27 Tinton Falls Rd. | Farmingdale | NJ | 07727 | $ 59,142 | | | 1/15/2018 | Compensation |
| | | | | | | | 1/5/2018 | 12/31/2017 | 12/15/2017 | |
| | | | | | | | 11/30/2017 | 11/21/2017 | 11/15/2017 | |
| | | | | | | | 10/31/2017 | 10/15/2017 | 9/29/2017 | |
| | | | | | | | 9/15/2017 | 8/31/2017 | 8/16/2017 | |
| | | | | | | | 7/31/2017 | 7/14/2017 | 7/5/2017 | |
| | | | | | | | 6/19/2017 | 6/2/2017 | 5/18/2017 | |
| | | | | | | | 5/2/2017 | 4/17/2017 | 3/30/2017 | |
| | | | | | | | 3/15/2017 | 3/10/2017 | 3/3/2017 | |
| | | | | | | | 2/15/2017 | 1/31/2017 | 1/13/2017 | |
| 3 | Thomas M. McGinn | 71 Wills Drive | Ewing | NJ | 08628 | $ 42,500 | 7/11/2017 | 7/18/2017 | 7/24/2017 | Compensation |
| | | | | | | | 3/30/2017 | 9/29/2017 | 9/15/2017 | |
| | | | | | | | 8/25/2017 | 7/5/2017 | 9/8/2017 | |
| 4 | David M and Catherine Sweeney | 5773 Woodway, PM Box W | Houston | TX | 77057 | $ 115,600 | | | | Secured Loan Payments |
| | | | | | | | 12/28/2017 | 12/13/2017 | 11/27/2017 | |
| | | | | | | | 11/14/2017 | 10/30/2017 | 10/13/2017 | |
| | | | | | | | 10/4/2017 | 9/15/2017 | 9/8/2017 | |
| | | | | | | | 8/28/2017 | 7/31/2017 | 7/26/2017 | |
| | | | | | | | 7/11/2017 | 5/24/2017 | 3/16/2017 | |
| | | | | | | | 2/21/2017 | 2/15/2017 | 2/7/2017 | |
| | | | | | | | 1/24/2017 | | | |

**Fill in this information to identify the case:**

Debtor name   Microdermis Corporation

United States Bankruptcy Court for the:   Southern          District of   Texas
                                                                                      (State)

Case number (If known):   18-35179

☐ Check if this is an amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
                                                                                                                 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | James Hosler 5006 Deerwood Park Dr. Arlington, TX 76017 | | Loans, board fees, expense reimbursement | | $2,846,531.85 | Unknown | Unknown |
| 2 | David M Sweeney 5773 Woodway, PM Box W Houston, TX  77057 | | Loans, compensation, expense reimbursement | | $2,405,404.23 | Unknown | Unknown |
| 3 | Biobrit LLC 2223 Avenida de la Playa, Suite 108 La Jolla CA 92037 | | Loans, compensation, expense reimbursement | | $852,988.59 | Unknown | Unknown |
| 4 | Michael R. Clark 422 Bentley Manor Shavano Park, TX, 78249 | | Loans, expense reimbursement | | $841,906.28 | Unknown | Unknown |
| 5 | Wilson Sonsini Goodrich & Rosati 650 Page Mill Rd Palo Alto, CA 94304 United States | Sandra Moreno | Legal Fees | | $668,474.68 | Unknown | Unknown |
| 6 | Thomas M. McGinn 71 Willis Drive Ewing, NJ 08628 | | Loans, compensaton | | $473,091.01 | Unknown | Unknown |
| 7 | Peter J. Lentini 380 Carrollwood Dr Tarrytown, NY 10591 | | Loans, compensation, expense reimbursements | | $413,518.95 | Unknown | Unknown |
| 8 | Royalty Ventures 4801 Main Street, Suite 650 Kansas City, MO 64112 | | Loans | | $353,642.00 | Unknown | Unknown |

Debtor  Microdermis Corporation
         Name

Case number (if known)  18-35179

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9  Harry Corless 11 Patriots Road Morris Plains, NJ 07950 | | Compensation | | $312,756.84 | Unknown | Unknown |
| 10  John C. Cheronis 24011 Pleasant Park Road Conifer, CO  80433 | | Loans, compensation, expense reimbursements | | $260,481.05 | Unknown | Unknown |
| 11  Peter Whinfrey 200 Hawley Lane Geneva, IL 60134 | | Loans | | $255,101.41 | Unknown | Unknown |
| 12  Kenneth & Karen L Kaylor 4928 Panorama Ct Bakersfield, CA 93306 | | Loans, expense reimbursements | | $243,258.81 | Unknown | Unknown |
| 13  Accupac Inc. PO BOX 51200 Mainland, PA 19451-0200 USA | | Vendor | | $229,193.87 | Unknown | Unknown |
| 14  Paul K. Carlton, III 10083 Pine Glade Dr. Colorado Springs, CO 80290 | | Loans, expense reimbursements | | $211,501.32 | Unknown | Unknown |
| 15  Henry Rogers III 360 Stonehaven Dr. Fayetteville, GA 30215-2979 | | Loans | | $184,022.22 | Unknown | Unknown |
| 16  Vicki J. Abbas 360 Stonehaven Dr. Fayetteville, GA 30215-2979 | | Compensation, expense reimbursements | | $181,627.18 | Unknown | Unknown |
| 17  Choate Hall & Stewart LLP Two Intenational Place Boston, MA 02110 | | Legal Fees | | $169,070.95 | Unknown | Unknown |
| 18  FleishmanHillard Inc. PO Box 771733 St. Louis, MO 63177 | | Compensation | | $141,218.75 | Unknown | Unknown |
| 19  Mulder Associates, Inc. 6 Pine Heritage Dr. Newtown, PA 18940 | | Compensation | | $133,902.48 | Unknown | Unknown |
| 20  James A. Johnson, MD 6537 Mira Vista Lane San Diego, CA 92120 | | Loans, compensation | | $128,003.90 | Unknown | Unknown |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **In re:** | § | |
| | § | |
| **Microdermis Corporation,** | § | **Case No. 18-35179** |
| | § | |
| **Debtor.** | § | **(Chapter 7)** |
| | § | |

## LIST OF EQUITY SECURITY HOLDERS

The following is the list of equity security holders of the Debtor, Microdermis Corporation, that directly or indirectly owns 10% or more of any class of the corporation's equity interests, which is prepared in accordance with FED. R. BANKR. P. 1007 and 7007.1.

| Name and Last Known Address or Place of Business of Equity Security Holder | Security Class | Percentage Ownership |
|---|---|---|
| Dr. James Hosler | Common Stock | 29% |
| Dr. James Hosler | Preferred Stock | 22% |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |